**UNITED STATES of America**

v.

**James PALMIERI, Appellant.**

**No. 93–5134.**

United States Court of Appeals,
Third Circuit.

Argued Oct. 7, 1993.

Decided Feb. 10, 1995.

Before: HUTCHINSON, COWEN and NYGAARD, Circuit Judges.

**ORDER**

Appellant's convictions are hereby vacated and the case is remanded to the district court for a new trial in accordance with the rules on specific intent enunciated by the Supreme Court in *Staples v. United States,* —— U.S. ——, 114 S.Ct. 1793, 128 L.Ed.2d 608 (1994).